IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **JUSTIN KENT HAWKS,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7:21cv00531 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| **SARAH THOMPSON,** *et al.*, | ) | By:  Hon. Thomas T. Cullen |
| | ) |        United States District Judge |
| Defendants. | ) | |

Plaintiff Justin Kent Hawks, proceeding *pro se,* filed this civil action under 42 U.S.C. § 1983. By conditional filing order entered October 14, 2021, the court advised Hawks that he must notify the court in writing immediately upon his transfer or release *and* must provide the court with his new address. (*See* ECF No. 3.) On November 30, 2021, an order mailed to Hawks was returned to the court as undeliverable and with no forwarding address. (*See* ECF No. 6.) Hawks has not provided the court with an updated address. Accordingly, the court will dismiss this action without prejudice for failure to comply with the court's order. The court notes that this dismissal is without prejudice to Hawks's opportunity to refile his claims in a separate civil action, subject to the applicable statute of limitations.

The clerk is directed to send copies of this Memorandum Opinion and the accompanying Order to Hawks at his last known address.

**ENTERED** this 2nd day of December, 2021.

/s/ *Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE